E. Evans Wohlforth, Jr., Esq.
Debra A. Clifford, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD L. TOBIA,<br><br>                        Plaintiff,<br><br>v.<br><br>CIGNA LIFE AND HEALTH INSURANCE CO.,<br><br>                        Defendant. | Civil Action No. 21-11692<br><br>*Document electronically filed*<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)**<br><br>[Previously pending in the Superior Court of New Jersey, Essex County, Docket No. ESX-L-002674-21] |

Pursuant to Local Civil Rule 10.1(a), attached hereto as <u>Exhibit A</u> is a Service List that sets forth the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

Dated: May 24, 2021
Newark, New Jersey

By: <u>s/ E. Evans Wohlforth, Jr.</u>
E. Evans Wohlforth, Jr., Esq.
Debra A. Clifford, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
Tel:  (973) 596-4879
Fax:  (973) 639-6486
ewohlforth@gibbonslaw.com
*Attorneys for Defendant*

**Exhibit A**

**Cigna Health and Life Insurance Company,
improperly denominated as Cigna Life and Health Insurance Co.**

**Civil Action No. 21-11692**

**SERVICE LIST**

| **Plaintiff** | **Defendant** |
|---|---|
| RONALD L. TOBIA | CIGNA HEALTH AND LIFE INSURANCE COMPANY |
| **Counsel** | **Counsel** |
| Othiamba Lovelace, Esq.<br>Ronald L. Tobia, Esq.<br>TOBIA & LOVELACE, ESQS.,LLC<br>5 Sicomac Road, Suite 177<br>North Haledon, NJ 07508<br>Tel: 973-568-5800<br>Fax: 201-638-0990<br>rtobia@tobialovelaceesqs.com<br>otlovelace@tobialovelaceesqs.com | E. Evans Wohlforth, Jr., Esq.<br>Debra A. Clifford, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ  07102-5310<br>Tel:  (973) 596-4879<br>Fax:  (973) 639-6486<br>ewohlforth@gibbonslaw.com<br>dclifford@gibbonslaw.com |