E. Evans Wohlforth, Jr., Esq.
Debra A. Clifford, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4879
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD L. TOBIA,<br><br>     Plaintiff,<br>v.<br><br>CIGNA LIFE AND HEALTH INSURANCE CO.,<br><br>     Defendant. | Civil Action No. 21-11692<br><br>*Document electronically filed*<br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**<br><br>[Previously pending in the Superior Court of New Jersey, Essex County, Docket No. ESX-L-002674-21] |

  I, E. Evans Wohlforth, Jr., Esq., admitted to the bars of the State of New Jersey and this Court and a member of the law firm of Gibbons P.C., counsel for Defendant Cigna Health and Life Insurance Company ("Cigna"), improperly denominated as Cigna Life and Health Insurance Co., in the above-captioned matter, hereby certify to the best of my knowledge that effective with the filing of the Notice of Removal with this Court, this matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

  I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2021
   Newark, New Jersey

                s/ E. Evans Wohlforth, Jr.
                E. Evans Wohlforth, Jr., Esq.
                Debra A. Clifford, Esq.
                **GIBBONS, P.C.**
                One Gateway Center
                Newark, New Jersey 07102-5310
                Tel: (973) 596-4879
                ewohlforth@gibbonslaw.com
                *Attorneys for Defendant*