E. Evans Wohlforth, Jr., Esq.
Debra A. Clifford, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*

| | |
|---|---|
| RONALD L. TOBIA,<br><br>                  Plaintiff,<br><br>v.<br><br>CIGNA LIFE AND HEALTH INSURANCE CO.,<br><br>                  Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br><br>Case No.: ESX-L-002674-21<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

TO:    **Clerk**
        Superior Court of New Jersey
        Essex County Courthouse
        50 West Market Street
        Newark, NJ  07102

        Othiamba Lovelace, Esq.
        Ronald L. Tobia, Esq.
        TOBIA & LOVELACE, ESQS.,LLC
        5 Sicomac Road, Suite 177
        North Haledon, NJ 07508
        *Attorneys for Plaintiff*
        *Ronald L. Tobia*

**PLEASE TAKE NOTICE** that Defendant Cigna Health and Life Insurance Company, improperly denominated as Cigna Life and Health Insurance Co., through their attorneys Gibbons P.C., have this day filed a Notice of Removal, a true copy of which is attached hereto as Exhibit A, in the above-entitled action with the Clerk of the United States District Court for the District of New Jersey, effectuating the removal of this action from the Superior Court of New Jersey, Law Division, Essex County.

Respectfully submitted,

Dated: May 24, 2021                         By:  s/ E. Evans Wohlforth, Jr.
        Newark, New Jersey                  E. Evans Wohlforth, Jr., Esq.
                                               **GIBBONS P.C.**
                                             One Gateway Center
                                             Newark, NJ  07102-5310
                                             Tel:  (973) 596-4879
                                             Fax:  (973) 639-6486
                                             ewohlforth@gibbonslaw.com