E. Evans Wohlforth, Jr., Esq.
Debra A. Clifford, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4879
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD L. TOBIA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CIGNA LIFE AND HEALTH INSURANCE CO.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 21-11692<br><br>*Document electronically filed*<br><br>**CERTIFICATE OF SERVICE**<br><br>[Previously pending in the Superior Court of New Jersey, Essex County, Docket No. ESX-L-002674-21] |

I, E. Evans Wohlforth, Jr., Esq., hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and of this Court and am associated with the firm of Gibbons P.C., attorneys for Defendants Cigna Health and Life Insurance Company, improperly denominated as Cigna Life and Health Insurance Co. ("Cigna") in the above-captioned matter.

2. On May 24, 2021, the following documents were electronically filed with the Clerk of the Court:

   a. Notice of Removal with Exhibit A;
   b. Notice of Filing Notice of Removal to the United States District Court, District of New Jersey
   c. Local Civil Rule 10.1(a) Certification;
   d. Local Civil Rule 11.2 Certification;

   e. Corporate Disclosure Statement Pursuant to Rule 7.1;

   f. Civil Cover Sheet; and

   g. this Certificate of Service;

 3. The foregoing documents were also served upon the clerk of the Superior Court of New Jersey, Law Division, Essex County and upon the following Counsel via Federal Express and ECF:

 Othiamba N. Lovelace, Esq.
 Ronald L. Tobia, Esq.
 Tobia & Lovelace Esqs., LLC
 5 Sicomac Road, Suite 177
 North Haledon, NJ  07508
 *Attorneys for Plaintiff*
 *Ronald L. Tobia*

 I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2021         s/ *E. Evans Wohlforth, Jr.*
 Newark, New Jersey        E. Evans Wohlforth, Jr., Esq.
                **GIBBONS P.C.**
                One Gateway Center
                Newark, New Jersey 07102-5310
                Tel:  (973) 596-4500
                Fax:  (973) 596-0545
                ewohlforth@gibbonslaw.com