

DEBRA A. CLIFFORD
Director

Gibbons P.C.
141 West Front Street
Suite 420
Red Bank, New Jersey 07701
Direct: (732) 704-5816 Fax: (973) 639-6486
dclifford@gibbonslaw.com

July 1, 2021

**VIA EFILING**

Honorable Esther Salas, U.S.D.J.
United States District Court of New Jersey
Martin Luther King, Jr. Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Ronald L. Tobia v. Cigna Health and Life Insurance Company**
   **Civil Action No. 2:21-cv-11692 (ES) (CLW)**

Your Honor:

This law firm represents Defendant Cigna Health and Life Insurance Company (incorrectly named herein as Cigna Life and Health Insurance Company and hereinafter referred to as "Cigna") in the above-referenced matter. We write respectfully to request an extension of Cigna's time to answer or otherwise respond to the Complaint.

Cigna's response was due June 14, 2021. Cigna requests that the deadline for their time to answer or otherwise respond to the Complaint be extended through and including July 25, 2021. This is Cigna's first request for an extension of time following removal of the action. My office has communicated with Othiamba Lovelace, Esq., counsel for Plaintiff Ronald L. Tobia, who has kindly consented to the extension now being requested.

We thank the Court for its attention to this matter. Please do not hesitate to have the Court's staff contact me with any questions or if we may be of any service to the Court whatsoever.

Respectfully submitted,

*s/ Debra A. Clifford*
Debra A. Clifford

**SO ORDERED.**

*/s/Esther Salas*
**Hon. Esther Salas, U.S.D.J.**
**Date:** July 2, 2021

GIBBONS P.C.

July 1, 2021
Page 2

**AGREED AND CONSENTED TO BY**:

| | |
|---|---|
| *s/ Othiamba Lovelace* | *s/ Debra A. Clifford* |
| Othiamba Lovelace, Esq. | E. Evans Wohlforth, Jr. |
| **TOBIA & LOVELACE, ESQS., LLC** | Debra A. Clifford |
| 5 Sicomac Road, Suite 177 | **GIBBONS P.C.** |
| North Haledon, NJ 07508 | One Gateway Center Newark, NJ 07102 |
| Tel: (973) 568-5800 | Tel: (973) 596-4500 |
| otlovelace@tobialovelaceesqs.com | Fax: (973) 596-0545 |
| | Dclifford@gibbonslaw.com |
| *Attorneys for Plaintiff* | |
| *Ronald L. Tobia* | *Attorneys for Defendant* |
| | *Cigna Health and Life Insurance Company* |

IT IS SO ORDERED on this ____ day of July 2021.

_____

Honorable Esther Salas, U.S.D.J.